United States Bankruptcy Court
Southern District of Indiana

In re:                                                          Case No. 11-70195-BHL
Carl Lee Strobel                                               Chapter 7
Jilleen Natasha Strobel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0756-3          User: ldavis          Page 1 of 1          Date Rcvd: Jul 18, 2011
                             Form ID: b9a           Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2011.
| | | |
|---|---|---|
| db | +Carl Lee Strobel, | 435 W. Eighth St., Mount Vernon, IN 47620-1415 |
| jdb | +Jilleen Natasha Strobel, | 435 W. Eighth St., Mount Vernon, IN 47620-1415 |
| aty | +Britt Michelle Garnett, | Garnett Law Office, 101 Plaza East Blvd., Suite 310, Evansville, IN 47715-2871 |
| aty | +Kristin L. Durianski, | Unterberg & Associates, 8050 Cleveland Place, Merrillville, IN 46410-5302 |
| 10482912 | +Countrywide Home loans, | 7105 Corporate Drive, Plano, TX 75024-4100 |
| 10651735 | Credigy Receivables Inc., | Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 10765431 | +Ford Motor Credit Company, LLC, | c/o Bowman, Heintz, Boscia & Vician, PC, 8605 Broadway, Merrillville, IN 46410-7033 |
| 10516385 | +Garnett Law Office, | 101 Plaza East Blvd., Suite 310, Evansville, IN 47715-2871 |
| 10817046 | Medical & Professional Collection Services, Inc., | PO Box 1116, Newburgh, IN 47629-1116 |
| 10482913 | +Posey County Treasurer, | P.O. Box 606, Mount Vernon, IN 47620-0606 |
| 10694092 | +The Bank of New York Mellon fka The Bank of New Yo, | 7105 Corporate Drive, Plano, TX 75024-4100 |
| 10836781 | +WOW Internet and Cable Service, | 6045 Wedeking, Evansville, IN 47715-2147 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
| | | |
|---|---|---|
| tr | +EDI: QRSLAPLANTE.COM Jul 18 2011 22:13:00 | R. Stephen LaPlante, 101 N.W. First Street, Suite 116, P.O. Box 3556, Evansville, IN 47734-3556 |
| ust | +E-mail/Text: ustpregion10.in.ecf@usdoj.gov Jul 18 2011 22:35:49 | U.S. Trustee, 101 W. Ohio St.. Ste. 1000, Indianapolis, IN 46204-1982 |
| 10559607 | +EDI: ACCE.COM Jul 18 2011 22:13:00 | Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 10836782 | EDI: CMIGROUP.COM Jul 18 2011 22:13:00 | Credit Management, P. O. Box 118288, Carrollton, TX 75011-8288 |
| 10745427 | EDI: RESURGENT.COM Jul 18 2011 22:13:00 | LVNV Funding LLC its successors and assigns, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 10482914 | +E-mail/PDF: bankruptcy@unterlaw.com Jul 19 2011 00:38:53 | Unterberg & Associates, 8050 Cleveland Place, Merrillville, IN 46410-5302 |

                                                                              TOTAL: 6


            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 20, 2011**                    **Signature:** _Joseph Speetjens_

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case)                      Case Number **11−70195−BHL−7**

## UNITED STATES BANKRUPTCY COURT
### Southern District of Indiana

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on February 23, 2011, and was converted to a case under chapter 7 on July 15, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office or may be viewed on the Court's PACER site at http://pacer.insb.uscourts.gov.

## See Reverse Side for Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Carl Lee Strobel<br>435 W. Eighth St.<br>Mount Vernon, IN 47620 | Jilleen Natasha Strobel<br>435 W. Eighth St.<br>Mount Vernon, IN 47620 |
| Case Number:<br>**11−70195−BHL−7** | Social Security Number(s):<br>xxx−xx−9262, xxx−xx−3426 |
| Attorney for Debtor(s) (name and address):<br>Britt Michelle Garnett<br>Garnett Law Office<br>101 Plaza East Blvd.<br>Suite 310<br>Evansville, IN 47715<br>Telephone number: 812−424−2991 | Bankruptcy Trustee (name and address):<br>R. Stephen LaPlante<br>101 N.W. First Street, Suite 116<br>P.O. Box 3556<br>Evansville, IN 47734<br>Telephone number: 812−463−6093 |

## Meeting of Creditors

Date:  **August 24, 2011**                    Time: **10:30 AM CDT**
Location: **Rm. 157 Federal Building, 101 NW M.L. King Blvd., Evansville, IN 47708**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

### Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:
October 24, 2011

### Deadline to Object to Exemptions:
The deadline expires thirty (30) days after the *conclusion* of the meeting of creditors **or** within thirty (30) days of any amendment to the list or supplemental schedules unless as otherwise provided under Fed.R.Bankr.P. 1019(2) for converted cases.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>SOUTHERN DISTRICT OF INDIANA<br>101 NW M L King Jr Blvd Rm 352<br>Evansville, IN 47708<br>Telephone number: 812−434−6470 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kevin P. Dempsey |
| Hours Open: Monday − Friday 8:00 AM − 4:30 PM CT | July 18, 2011 |

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§ 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice.<br><br>**All individual debtors MUST provide picture identification and proof of social security number** to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.<br><br>Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. These services may not be available at all locations. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§ 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§ 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §§ 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Change of Address | Creditors are responsible for notifying the bankruptcy clerk's office in writing of address changes. The case number must be included on any corresponsdence. |
| Bankruptcy Clerk's Office | Any paper filed on this bankruptcy case should be filed at the bankruptcy clerk's office or on the Court's ECF web site at http://ecf.insb.uscourts.gov. All filed papers, including the list of the debtor's property and debts and the list of the property claimed as exempt, may be inspected at the bankruptcy clerk's office or on the Court's PACER web site at http://pacer.insb.uscourts.gov. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**Refer to Other Side for Important Deadlines and Notices**